Jason M. Kerr (8222)
Alan Dunaway (13514)
Steven W. Garff (13707)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, UT 84116
Telephone: (801) 517-7169
Facsimile: (801) 530-2932
Email: jasonkerr@ppktrial.com
stevengarff@ppktrial.com
alandunaway@ppktrial.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**

| | |
|---|---|
| In the Matter of the ESTATE OF<br><br>TOLEUSH TOLMAKOV<br><br>Deceased ESTATE OF TOLEUSH TOMAKOV, Deceased<br><br>Claimant,<br><br>vs.<br><br>FREEDOM HOLDING CORP., a Nevada Corporation f/k/a BMB MUNAI, INC.; and FFIN SECURITIES, INC., a Nevada Corporation;<br><br>Defendants | **NOTICE OF REMOVAL**<br><br>Case No. 2:21-cv-00201<br><br>Judge: DBB |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH PLEASE TAKE NOTICE** that Freedom Holding Corp and FFIN Securities, Inc., hereby remove to this Court the state court action described below:

## I. FILING AND SERVICE OF THE INITIAL PLEADING.

1. On March 30, 2021 Counsel of Freedom Holding Corp and FFIN Securities, Inc. was served with a copy of a "Motion for FHC to Pay Interest on Deferred Distributions and Declaratory action re Restricted Stock" and purporting to name Freedom Holding Corp and FFIN Securities, Inc. as Defendants, pleading caption, Case Number: Civil No. 193900639. A copy of this motion is attached hereto as Exhibit A. The motion seeks a prejudgment writ of attachment and preliminary injunction for the Counterclaim filed by the Estate currently pending in federal court before Judge David Barlow. *See* Case No. 2:20-cv-00067, Dkt. 10.0, attached hereto as Exhibit B. Thus, the Estate is essentially seeking relief under Fed. R. Civ. P. Rule 65, but outside of federal court. Upon removal, Freedom Holding and FFIN Securities will move to consolidate the two cases.

2. No complaint has been filed against Freedom Holding Corp or FFIN Securities in state court.

## II. THIS COURT HAS DIVERSITY JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and is proper and appropriate based upon the following facts:

4. Freedom Holding Corp. is a corporation, organized and existing under the laws of the State of Nevada, with its principal place of business located in Nevada.

5. FFIN Securities, Inc. is a corporation, organized and existing under the laws of the State of Nevada, with its principal place of business located in Nevada.

6. The Estate of Toluesh Tolmakov is an estate existing under the laws of Utah and residing in the State of Utah.

7. The amount in controversy exceeds $75,000.00 as to each Defendant.

## III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

8. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a) because this case first became subject to removal on March 30, 2021.

9. Defendants will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal with the Third Judicial District Court in and for Salt Lake Count, State of Utah, as further required by that Section.

10. Venue is proper in this Court because the action is being removed from the Third Judicial District Court in and for Salt Lake Count, State of Utah.

11. The undersigned counsel for Defendants has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants pray that the above action now pending against them in the Third Judicial District Court in and for Salt Lake Count, State of Utah be removed to this Court.

DATED this 1st day of April 2021.

PRICE PARKINSON & KERR, PLLC

/s/ Jason M. Kerr

Jason M. Kerr
Alan Dunaway
Steven W. Garff
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to counsel of record.

/s/ Jason M. Kerr
Jason M. Kerr