PENNIANN J. SCHUMANN (Bar No. 6904)
Law Offices of Penniann J. Schumann PLLC
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
Tel: (801) 631-7811
Fax: (801) 606-7229
pjslaw@me.com

*Attorney for Assel Tolmakova*
*And Estate*

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF<br><br>TOLEUSH TOLMAKOV,<br><br>Deceased. | AFFIDAVIT OF ATTORNEY FEES FOR MOTION TO REMAND TO STATE COURT<br><br>Case No. 2:21-CV-201<br><br>Judge: TED STEWART |

STATE OF UTAH )
) ss.
COUNTY OF SALT LAKE )

I, Penniann J. Schumann, being first duly sworn depose and state as follows:

1. I am counsel for Assel Tolmakova, as personal representative and the above captioned Estate of Toleush Tolmakov.

2. Attorney fees in this matter have been granted to the Estate pursuant to a court order entered April 29, 2021 for time spent to motion to remand the probate matter back to state court.

3. I am a licensed member of the State Bar of Utah and completed law school over 25 years ago. During such time, I have engaged in the active practice of law in Utah.

4. I am aware from discussions with other attorneys in the Salt Lake area that the fees charged for services similar to those in this case are reasonable in the Salt Lake area. My hourly rate of $365 per hour is believed to be average in this locality for similar services and breadth of experience.

5. My advanced services concerning specifically the Motion to Remand to State Court are $9,307.50.

6. The Estate also engaged Zimmerman Booher to assist in the Motion to Remand and their time and expenses incurred are $4,035. See his billing details attached.

7. The total fees incurred on the remand motion issue is $13,342.50.

8. Both Zimmerman Booher and I have provided this billing detail to the Estate which details with particularity of the fees incurred. See invoice attached to this affidavit.

9. I declare under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

/s/Penniann J. Schumann
Penniann J. Schumann

| Date | | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/6/2021 | PJS | Finalized the motion. attached exhibits. and worked on proposed order. E-filed MOtion. Exhibits. and proposed order in Pacer system | 1.50 | $365.00/hr | $547.50 |
| 4/6/2021 | PJS | Reviewed issues with Troy and sent draft of motion to remand | 0.30 | $365.00/hr | $109.50 |
| | | Motion for Supersedeas Bond | | | |
| 4/1/2021 | PJS | Read the Notice of Move to Federal Court, called federal court clerk, Talked to Dick at Zimmerman Booher about next steps and what to file | 2.00 | $365.00/hr | $730.00 |
| 4/2/2021 | PJS | Respond to client's comments about FHC contacting mothers and research on elements of a motion to remand | 0.50 | $365.00/hr | $182.50 |
| 4/2/2021 | PJS | Worked on Motion to Remand and researched statutes to support position | 3.00 | $365.00/hr | $1,095.00 |
| 4/5/2021 | PJS | Researched and worked on Motion to Remand, and assembled exhibits, and sent to Chase for his agreement to be part of the motion on behalf of Murat. | 6.00 | $365.00/hr | $2,190.00 |
| 4/23/2021 | PJS | Reviewed opposition. researched their cases. and drafted reply memo and assembled exhibits. | 6.00 | $365.00/hr | $2,190.00 |
| 4/26/2021 | PJS | Worked on Affidavit, Read through the appeal declaration and read edits to my reply memo for the remand to state court, Conversation with DIck and Troy about affidavit and issues with Jason Kerr stating we consented to interpleader | 6.00 | $365.00/hr | $2,190.00 |
| 4/29/2021 | PJS | Received order remanding case to State. Sent to clients and Chase and sent email to Zimmerman Booher about next steps | 0.20 | $365.00/hr | $73.00 |

25.5 hrs @ $365.

$9307.50

ZIMMERMAN BOOHER
APPELLATE ATTORNEYS

# INVOICE

Invoice # 4443
Date: 05/06/2021
Due Upon Receipt

Estate of Toleush Tolmakov
c/o Peniann J. Schumann
pjslaw@me.com

**In Re: Estate of Toleush Tolmakov, USDC Case No. 2:21-cv-201-DBB**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/01/2021 | DJB | TELEPHONE CONFERENCES W/ P. SCHUMANN; RESEARCH ABSTENTION DOCTRINES IN LIGHT OF CONVERSATION; RESEARCH PROBATE EXCEPTION TO DIVERSITY JURISDICTION | 4.10 | $300.00 | $1,230.00 |
| 04/05/2021 | TLB | REVIEW REMOVAL PAPERS; REVIEW EMAILS; PHONE CALLS RE CORRECT APPROACH | 1.10 | $450.00 | $495.00 |
| 04/06/2021 | DJB | REVIEW AND REVISE MOTION TO REMAND; RESEARCH REMOVAL STANDARDS | 5.60 | $300.00 | $1,680.00 |
| 04/06/2021 | TLB | REVIEW AND REVISE REMAND PAPERS | 0.80 | $450.00 | $360.00 |
| 04/07/2021 | DJB | REVIEW AND EVALUATE MOTION FOR CONSOLIDATION; EMAIL P. SCHUMANN RE SUGGESTED STRATEGY IN RESPONSE; TELEPHONE CONFERENCE W/ P. SCHUMANN RE SAME | 1.90 | $300.00 | $570.00 |
| 04/13/2021 | DJB | REVIEW LOCAL RULES; RESPOND TO P. SCHUMANN'S EMAIL RE RESPONDING TO MOTIONS FILED IN STATE COURT BEFORE REMOVAL | 0.20 | $300.00 | $60.00 |
| 04/22/2021 | DJB | REVIEW DOCKETS AND RESPOND | 0.70 | $300.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | TO P. SCHUMAN RE NEXT STEPS | | | |