Robert T. Spjute Esq. (13866)
Chase L. Larkin, Esq. (16215)
**Shumway Van**
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Phone: (801) 478-8080
Fax: (801) 478-8088
tee@shumwayvan.com
chase@shumwayvan.com
*Attorneys for Murat Toleushevich Tolmakov, ZT, and AT*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In the Matter of the ESTATE OF TOLEUSH TOLMAKOV Deceased,<br><br>Petitioner.<br><br>v.<br><br>FREEDOM HOLDING CORP., a Nevada Corporation f/k/a BMB MUNAI, INC.; and FFIN SECURITIES, INC., a Nevada Corporation,<br><br>Respondents. | **AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES**<br><br>Case No. 2:21-cv-201 TS<br><br>District Judge Ted Stewart |

I, Chase L. Larkin, am an attorney licensed to practice before this Court. I represent Murat Tolmakov, Gulziya Ayapova, ZT, and AT, interested parties and beneficiaries of the Estate of Toleush Tolmakov ("***Beneficiaries***"), the Petitioner in this case. I declare that:

1. Beneficiaries are seeking attorney fees in this matter based on that certain Memorandum Decision and Order Granting Defendants' Motion to Remand, entered on April 29, 2021.

2. The attorney fees incurred by Beneficiaries in collaborating with the Estate of Toleush Tolmakov, deceased (the "***Estate***") in preparing, filing and defending the Motion to Remand (the "***Motion***") currently total **$1,025.50**. The fees are described in detail as follows:

a. All fees were charged at my standard rate of $250 per hour.

b. I spent 1.4 hours reviewing and revising the Motion and collaborating on the same with legal counsel for the Estate.

c. I spent .8 hours reviewing, annotating, and discussing the opposition to the Motion with legal counsel for the Estate.

d. I spent 1.1 hours reviewing and revising the reply memorandum in support of the Motion and collaborating on the same with legal counsel for the Estate.

e. I spent .4 hours reviewing the memorandum and order of this Court on the Motion and discussing with legal counsel for the Estate.

f. I spent .5 hours preparing this affidavit in support of attorney fees.

3. The attorney fees and costs set forth in this Declaration are reasonable under the circumstances and have been incurred in the process of collaborating with the Estate on the drafting and filing of the Motion, reviewing the memorandum opposing the Motion, collaborating with the Estate on the memorandum in reply to the opposition to the Motion, and providing updates to the Beneficiaries with respect to the same.

a. The amounts set forth show the attorney fees incurred by Beneficiaries for work that was actually performed in this matter.

b. The work actually performed in this matter was reasonably necessary.

c. The billing rates for the activities completed in this matter (as described in the Attorney Fees Table) are reasonable based on the amount of time actually spent on each activity, and such rates are consistent with rates customarily charged in the locality for similar services.

4. No attorney fees have previously been awarded.

5. Therefore, Beneficiaries should be awarded attorney's fees and expenses in the total amount of **$1,025.50**.

DATED this 5th day of May, 2021.

**SHUMWAY VAN**

*/s/ Chase L. Larkin*
CHASE L. LARKIN, ESQ.
*Attorney for Murat Toleushevich Tolmakov, Gulziya Ayapova, ZT, and AT*