Milo Steven Marsden (4879)
**Dorsey & Whitney LLP**
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
marsden.steve@dorsey.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ESTATE OF TOLEUSH TOLMAKOV,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM HOLDING CORP.,<br><br>Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No.: 2:21-cv-00201-TS<br><br>Honorable Ted Stewart |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned matter stipulate and agree that this matter, and all claims and counterclaims therein should be, and hereby are, dismissed with prejudice, each side to bear its own fees and costs.

DATED this 19th day of July, 2024

**DORSEY & WHITNEY LLP**

*/s/ Milo Steven Marsden*
Milo Steven Marsden
*Attorneys for Defendant*

**LAW OFFICE OF PENNIANN J. SCHUMANN, PLLC**

*/s/ Penniann J. Schumann* (with permission)
Penniann J. Schumann
*Attorneys for Plaintiff*

4866-0666-5170\1